IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01214-BNB

DARRELL J. DIAMOND,

    Petitioner,

v.

EXECUTIVE DIRECTOR COLORADO DEPARTMENT OF CORRECTIONS,
COLORADO STATE BD. PAROLE, and
LA PLATA COUNTY SHERIFF,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 25 2008

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Petitioner Darrell J. Diamond initiated this action by filing *pro se* a "Petition for Writ of Habeas Corpus, Ad Testificandum if Necessary Pursuant to the Habeas Corpus Act." In an order filed on June 6, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Diamond to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Diamond to file an application for a writ of habeas corpus on the proper form and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Diamond was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. On July 14, 2008, Magistrate Judge Boland entered a minute order directing the clerk of the Court to mail a copy of the June 6 order to Mr. Diamond at the address he provided in the petition. On July 24, 2008, the copy of Magistrate Judge

Boland's July 14 minute order was returned to the Court undelivered. The returned envelope is stamped "RETURNED TO SENDER" and the reason checked for nondelivery is "Attempted – Not Known." A handwritten notation on the returned envelope reads "Not in Custody." Mr. Diamond has not filed a notice of change of address in this action.

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address and telephone number within ten days of any change of address or telephone number. Mr. Diamond has failed to comply with the Court's local rules and, as a result, he has failed to cure the deficiencies in this action. Therefore, the petition will be denied and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the "Petition for Writ of Habeas Corpus, Ad Testificandum if Necessary Pursuant to the Habeas Corpus Act" is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 22 day of Aug., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01214-BNB

Darrell J. Diamond
742 Turner Drive
Durango, CO 81303

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on **8/25/08**

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk